No. 47, Misc. RANKINS *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, for respondent.

No. 55, Misc. POLLOCK *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell* and *Simon M. Bailey,* Assistant Attorneys General, for respondent.

No. 56, Misc. FULLER *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Isidore Dollinger* and *Walter E. Dillon* for respondent.

No. 57, Misc. DEMARRIAS *v.* SOUTH DAKOTA. Supreme Court of South Dakota. Certiorari denied. Petitioner *pro se. A. C. Miller,* Attorney General of South Dakota, and *Ernest W. Stephens* for respondent.

No. 58, Misc. BRADLEY *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Paul L. Adams,* Attorney General of Michigan, *Joseph B. Bilitzke,* Solicitor General, and *Robert Weinbaum* and *George Mason,* Assistant Attorneys General, for respondent.

No. 62, Misc. BROWN *v.* NEW YORK. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Joseph J. Rose,* Assistant Attorney General, for respondent.

No. 67, Misc. WILLIAMS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. William I. Siegel* for respondent.